UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAMES CLARK, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-00631-MHB |
| v. ) | |
| ) | |
| HOT PIZZAS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff James Clark, by attorneys, and dismisses the above-referenced case without prejudice, each party to bear his / its own fees and costs.

Dated:       March 29, 2016                Respectfully submitted,

**PAUL McINNES LLP**                        **WATTS GUERRA LLP**
Jack D. McInnes (MO Bar #56904)             Ryan Thompson
(admitted *pro hac vice*)                    525 South Douglas Street, Suite 260
601 Walnut Street, Suite 300                El Segundo, California 90245
Kansas City, Missouri  64106                Telephone: (424) 220-8141
Telephone:    (816) 984-8100                Facsimile: (424) 732-8190
Facsimile:    (816) 984-8101                rthompson@wattsguerra.com
mailto:mcinnes@paulmcinnes.com

**WEINHAUS & POTASHNICK**
         /s *Mark Potashnick*
Mark A. Potashnick (Mo. Bar # 41315MO)
(admitted *pro hac vice*)
11500 Olive Blvd., Suite 133
St. Louis, Missouri  63141
Telephone:    (314) 997-9150
Facsimile:    (314) 997-9170
markp@wp-attorneys.com

                        **ATTORNEYS FOR PLAINTIFF**

1